**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

```
U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

MAR 1 8 2015

FILED  OK  RECEIVED
```

In re:  United Information Systems, Inc        Case No. 98-16621-AJC
                                                Chapter 7

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, ___John F Costello CPA___, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $_____2161.48, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _____Reptron Electronics Inc__. Applicant further states that:

1.      (Indicate one of the following items:)

        ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

        ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

        ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 2/5/2015

_F. Costello_
Signature of Applicant
(Note: In addition to signing, complete all information below)

Reptron Electronics Inc
Name Under Which Funds Were Deposited

98-16621
Claim Number

Kimball Electronics Inc
Name of Party On Whose Behalf Application Was Filed*

Last Four Digits of SS# _____

Tax ID (EIN #) 38-2081116

Address: 1600 Royal Street

Jasper, IN 47549

John F Costello/Claimant Representative
Print Name and Title of Applicant

John F Costello CPA
Print Company Name

1300 N Federal Hwy, Ste 201
Print Street Address

Boca Raton, FL 33432
Print City and State

561-391-6444
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 2/5/15

NOTARY PUBLIC, AT LARGE
STATE OF Florida



JOHANNA ELIZABETH LEEMAN
MY COMMISSION #FF133447
EXPIRES July 12, 2018
(407) 398-0153    FloridaNotaryService.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

MAR 1 8 2015

FILED ☑ / RECEIVED

In re: United Information Systems, Inc        Case No. 98-16621-AJC
                                               Chapter 7

_____ Debtor _____/

## AFFIDAVIT OF CLAIMANT

I, _John Kahle_, am an authorized representative of Kimball Inc previously Reptron Electronics Inc under whose name the funds were deposited.

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(X) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _John F Costello CPA_ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ _2161.48_ deposited in this court in the name of _Reptron Electronics_ and representing claim number Schedule.

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

Page 1 of 1

LF-28 (rev. 12/01/09)

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 3/5/15

*signature of claimant or representative of "business" claimant*

John H. Kahle
*print name*

Vice President, GC, Secretary
*title*

38-2081116
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

1600 Royal St, Jasper, IN 47549
address

812-634-4748
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on March 5, 2015.

Marla A. Becher
NOTARY PUBLIC, AT LARGE

STATE OF Indiana

**MARLA A BECHER**
**Notary Public - Seal**
**State Of Indiana**
**Dubois County**
**My Commission Expires Jun 17, 2022**

Page 2 of 2

LF-28 (rev. 12/01/09)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In Re:

United Information Systems, Inc            Case No. 98-16621-AJC
                                            Chapter 7

## CERTIFICATE OF SERVICE

     I certify that on ___02/05/15___, a true and correct copy of the Application to Withdraw Unclaimed Funds was served by first class United State Mail to:

United States Attorney's Office
Southern District of Florida
99 NE Fourth Street.
Miami, FL, 33132

_____                     ___2/5/15___
Signature                                   Date

Thomas M. Costello, CPA, PA
John F. Costello, CPA
1300 N Federal Highway, Suite 201
Boca Raton, FL 33432
Federal Tax Identification Number 59-2689745
License Number AC0033145
license verification at myfloridalicense.com

**Agreement to Locate Property**

The fee for locating the unrecovered property shall be limited to 30% percent.

If the claimant's representative fails to make a recovery of the assets no fees, cost or any other charges shall be due by the claimant.

This agreement shall be limited to the amounts printed immediately below. No modification of these printed amounts shall be permitted.

Value of Claim: $2161.48        To Claimant: $1,513.04        To Claimant's Representative: $648.44

**LIMITED POWER OF ATTORNEY**
(good for one transaction only)

I, _KIMBALL ELECTRONICS INC_, whose address is 1600 ROYAL STREET JASPER IN 47549, hereby appoint John F. Costello, CPA of Boca Raton, FL to act in my capacity to do only the following:

I authorize John F. Costello, CPA to claim any unrecovered property held by the United States Bankruptcy Court, on my behalf. I authorize that the fee agreed to in the above "Agreement to Locate Property" be paid out of such property, with the balance of the recovery to be paid directly by the court to me.

The rights, powers, and authority of my attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect on the fate signed, shall remain in full force and effect only so long as is necessary to recover the above property.

Signed _[signature]_ Dated _1/22/15_ Phone Number _812-634-4000_
John H. Kahle, Vice President
E-mail (Optional) _john.kahle@kimballelectronics.com_ Fax Number (Optional) _____

This form must be notarized below

The foregoing instrument was acknowledged before me this _22_ day of _February_, 20_15_

by _John H. Kahle_, who signed with a mark in the presence of these witnesses

_Marla J Sanders_ and _Marla A. Becker_.
                                                Notary May Sign as a Witness

_Marla A. Becker_ of the State of _IN_.
Notary Public

My Commission Expires _June 17, 2022_.

**Subject:** John Kahle - Kimball Electronics Business Card
**From:** Marla Becher <Marla.Becher@kimballelectronics.com>
**Date:** 2/3/2015 8:36 AM
**To:** "victoria@cpacostello.com" <victoria@cpacostello.com>

Per John' request, below is a copy of his business card.



**Kimball Electronics**

John Kahle
Vice President, General Counsel, Secretary

1205 Kimball Blvd.          P: 812.634.4748
Jasper, IN 47546            C: 812.661.2841
United States of America

John.Kahle@kimballelectronics.com

*Marla Becher*
*Executive Assistant*
*Kimball Electronics, Inc.*
*Marla.becher@kimballelectronics.com*
*812-634-4788*

# FLORIDA DEPARTMENT OF STATE

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

## Detail by Entity Name

### Foreign Profit Corporation

REPTRON ELECTRONICS, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P16261 |
| **FEI/EIN Number** | 382081116 |
| **Date Filed** | 10/06/1987 |
| **State** | MI |
| **Status** | INACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 12/30/1993 |
| **Event Effective Date** | 12/31/1993 |

### Principal Address

14401 MCCORMICK DR
TAMPA, FL 33626-3023

Changed: 03/18/1992

### Mailing Address

14401 MCCORMICK DR          ) Reported address
TAMPA, FL 33626-3023

Changed: 03/18/1992

### Registered Agent Name & Address

PLANTE, PAUL
14401 MCCORMICK DR
TAMPA, FL 33626

Address Changed: 03/18/1992

### Officer/Director Detail

### Name & Address

Title PD

MUSTO, MICHAEL
14401 MCCORMICK
TAMPA, FL

Copyright © and Privacy Policies
State of Florida, Department of State

Title S

PLANTE, PAUL
14401 MCCORMICK
TAMPA, FL

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 1991 | 02/07/1991 |
| 1992 | 03/18/1992 |
| 1993 | 03/03/1993 |

## Document Images

**No images are available for this filing.**

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Return to Detail Screen

## Events

**REPTRON ELECTRONICS, INC.**

| | |
|---|---|
| **Document Number** | P16261 |
| **Date Filed** | 10/06/1987 |
| **Effective Date** | None |
| **Status** | Inactive |

*Merged*

| Event Type | Filed Date | Effective Date | Description |
|---|---|---|---|
| CORPORATE MERGER | 12/30/1993 | 12/31/1993 | MERGING: P16261 MERGED INTO: P94000000012 |

Return to Detail Screen

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

## Detail by Document Number

### Florida Profit Corporation
KIMBALL ELECTRONICS TAMPA, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P94000000012 — Merger Doc # |
| **FEI/EIN Number** | 382081116 |
| **Date Filed** | 12/30/1993 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDED AND RESTATED ARTICLES |
| **Event Date Filed** | 03/09/2007 |
| **Event Effective Date** | NONE |

### Principal Address

1600 ROYAL STREET
JASPER, IN 47549-0001

Changed: 03/17/2010

### Mailing Address

1600 ROYAL STREET
JASPER, IN 47549-0001

Changed: 01/21/2011

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 06/03/2010

Address Changed: 06/03/2010

### Officer/Director Detail

### Name & Address

Title D P

CHARRON, DONALD DP D

Copyright © and Privacy Policies
State of Florida, Department of State

JASPER, IN 47549

Title D S

KAHLE, JOHN HS D
1600 ROYAL STREET
JASPER, IN 47549

*(circled, handwritten annotation: Officer who signed Limited Power of Attorney)*

Title D CFO

SERGESKETTER, MICHAEL KV D
1600 ROYAL STREET
JASPER, IN 47549

Title T

KINCER, R G
1600 ROYAL STREET
JASPER, IN 47549-0001

Title VP

SCHROEDER, MICHELLE R
1600 ROYAL STREET
JASPER, IN 47549-0001

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2012 | 01/17/2012 |
| 2013 | 01/24/2013 |
| 2014 | 01/07/2014 |

## Document Images

| | |
| --- | --- |
| 01/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2011 -- ANNUAL REPORT | View image in PDF format |
| 06/03/2010 -- Reg. Agent Change | View image in PDF format |
| 03/17/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/09/2007 -- Amended and Restated Articles | View image in PDF format |
| 02/15/2007 -- Merger | View image in PDF format |
| 02/15/2007 -- Amended and Restated Articles | View image in PDF format |
| 02/15/2007 -- Name Change | View image in PDF format |

| Date -- Document | |
|---|---|
| 05/01/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2005 -- ANNUAL REPORT | View image in PDF format |
| 09/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2004 -- Amended and Restated Articles | View image in PDF format |
| 10/14/2003 -- Merger | View image in PDF format |
| 05/02/2003 -- ANNUAL REPORT | View image in PDF format |
| 09/27/2002 -- Reg. Agent Change | View image in PDF format |
| 07/22/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 12/21/2000 -- Merger | View image in PDF format |
| 05/30/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1998 -- ANNUAL REPORT | View image in PDF format |
| 06/11/1997 -- AMENDMENT | View image in PDF format |
| 04/21/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/25/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/11/1995 -- ANNUAL REPORT | View image in PDF format |

United Information Systems, Inc.
Case No. 98-16621
Undeliverable Funds

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| NUVO Electronics Inc. | 250 Shields Court #6 | Markham | Ontario, Canada | L3R 9W7 | 2 | $786.22 |
| Gradient Sales Inc. | 5100 West Copans Road, Suite 710 | Margate | FL | 33063 | 4 | $859.99 |
| Corporate Express Imaging, Inc. | 110-64 Queens Blvd #149 | Forest Hills | NY | 11375 | 11 | $215.00 |
| Microsoft Corporation | 1325 4 Ave #940 | Seattle | WA | 98101 | 11 | $6,841.48 |
| Pan Am Enterprises Inc. | 3240 NW 72 Ave | Miami | FL | 33122 | 12 | $230.41 |
| Mitsumi Electronics Corp | 1221 Brickell Avenue | Miami | FL | 33131 | 12 | $3,650.61 |
| Chenmar Technology LP | 1301 Exchange Drive | Richardson | TX | 75081 | 13 | $2,706.69 |
| Advance Elect Supp Prod Inc. | 1810 NE 144 Street | N. Miami | FL | 33181 | 14 | $61.28 |
| Y-E Data Co. | 2942 MacArthur Bvd. | Northbrook | IL | 60062 | 15 | $2,213.77 |
| I.A.S. Corp | 10890 NW 30 Street | Miami | FL | 33172 | 16 | $6.25 |
| Benus International Corp | 8448 NW 72 Street | Miami | FL | 33166 | 17 | $11.27 |
| Palmetto General Hospital | PO Box 198862 | Atlanta | GA | 30384-8862 | 19 | $1.79 |
| Chevron Products Co | 2001 Diamond Blvd., POB 5010 Sect 230 | Concord | CA | 34529-0010 | 20 | $2.82 |
| Gulf Compnents Inc. | c/o Edward Chandler, Esq. POB 11155 | Ft. Lauderdale | FL | 33339 | 23 | $1,157.70 |
| ARCO Electronics Inc. | 3905 SW 110 Avenue | Miami | FL | 33165 | 29 | $1.82 |
| ARCO Global Tracking Systems | 3905 SW 110 Avenue | Miami | FL | 33165 | 30 | $2.60 |
| NMB Technologies Inc. | POB 8500 S 2475 | Philadelphia | PA | 19178-2474 | 32 | $636.62 |
| Nemco - North East Memory Co | 445 Veit Road | Huntingdon Valley | PA | 19006 | 33 | $4.32 |
| Sprint | Attn: Sally Johnson 8330 Ward Parkway | Kansas City | MO | 64114 | 37 | $88.82 |
| Talianoff Rubin & Rubin | 2699 S. Bayshore Drive, Suite 600C | Miami | FL | 33133 | 38 | $71.87 |
| Hallmark Computer Components | 2617 S 46 Street | Phoenix | AZ | 85034 | 39 | $320.64 |
| Dexxa Corp | 7620 NW 25th Street, Unit 7 | Miami | FL | 33122 | 41 | $2,397.26 |
| Atlas Pearlman Trop & Borkson | New River Center, Suite 1900 | Ft. Lauderdale | FL | 33301 | 42 | $274.18 |
| FW Express | 1500 SW 1st Avenue, Suite 850 | Portland | OR | 97201 | 43 | $0.79 |
| BJMT Technology Corp | 100 E Pratt Street #5 floor | Baltimore | MD | 21202 | 52 | $324.37 |
| Maxtech Holding Inc. | 100 E Pratt Street #5 floor | Baltimore | MD | 21202 | 53 | $260.87 |
| J Mark Computer | c/o Silver and Silver 150 SE 2nd Ave | Miami | FL | 33131 | 55 | $782.92 |
| Exclusive Carrier Systems Inc. | PO Box 52-2606 | Miami | FL | 33152 | 57 | $32.00 |
| Fidelity Transfer Company | 1800 S. West Temple, Suite 301 Box 53 | Salt Lake City | UT | 84115 | 59 | $2.54 |
| Reptron Electronics Inc. | 14401 McCormick Drive | Tampa | FL | 33626-3021 | 62 | $2,161.48 |
| Global Financial Press | 1845 Walnut Street | Philadelphia | PA | 19103 | 63 | $46.57 |
| Palmetto General Hospital | PO Box 198862 | Atlanta | GA | 30384-8862 | 64 | $1.46 |
| MGE UPS Systems | P.O. Box 73343 | Chicago | IL | 60673-7343 | 66 | $445.08 |
| MGV Memory International, Inc. | 64 Fairbanks | Irvine | CA | 92618 | 67 | $836.29 |
| Gilbert Technology | 2279 NW 102 Place | Miami | FL | 33172 | 69 | $2,084.18 |
| Waste Management of Dade County | 2303 NW 70th Avenue | Miami | FL | 33122 | 70 | $6.06 |
| Intelligent Comp Solutions Inc. | 9350 Eton Avenue | Chatsworth | CA | 91311 | 72 | $58.78 |
| Capital Communications Ltd. | 3635 Falcon Avenue | Bridgeton | MO | 63044-3131 | 74 | $72.98 |
| Bellsouth Telecommunications | 125 Perimeter Ctr West Rm #260 | Atlanta | GA | 30346 | 78 | $4.07 |
| Dreier & Baritz | 150 E Palmetto Park Rd #401 | Boca Raton | FL | 33432 | 79 | $12.75 |
| Unity Group Unlimited | 2127-2129 NW 79 Avenue | Miami | FL | 33122 | 81 | $941.72 |
| Daewoo Corp Seoul Korea | 85 Challenger Road | Ridgefield Park | NY | 07660 | 83 | $15,909.22 |